IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AMBER JERNIGAN and TAYLOR JERNIGAN, )
)
Plaintiffs, )
)
v. ) Civ. Act. No.: 2:17-cv-44-ECM
) (WO)
CITY OF MONTGOMERY, ALABAMA, et al., )
)
Defendants. )

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case it is the

ORDER, JUDGMENT, and DECREE of the Court that final judgment is entered against Amber Jernigan and Taylor Jernigan and in favor of Jeremy Browning and the City of Montgomery on the federal claims brought in this case.

The court declines to exercise supplemental jurisdiction over the state-law claims in this case pursuant to 28 U.S.C. §1367 and those claims are DISMISSED without prejudice.

The Clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of August, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE